UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASPREET MATHUR,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, UNITED STATES ATTORNEY GENERAL, ET AL,<br><br>    Defendants. | Case No. 2:23-cv-06381-FMO-SSC<br><br>**ORDER RE: STIPULATION [12] EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS SO ORDERED that the current time within which Defendants must answer, plead, or otherwise respond to Plaintiff's Complaint shall be extended from October 30, 2023, the date such filing(s) are currently due, to November 30, 2023.

Dated: October 31, 2023

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section

/s/ *Richard C. Burson*
RICHARD C. BURSON
Special Assistant United States Attorney
Attorneys for Defendants